JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-01834-RGK (FMOx) | Date | March 22, 2012 |
|---|---|---|---|
| Title | MA GRACIA VERZOSA v. AURORA LOAN SERVICES, LLC, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBERS) Order Remanding Case to State Court

On January 31, 2012, Plaintiff Ma Gracia Verzosa ("Plaintiff") filed a Complaint in Los Angeles County Superior Court. Defendant Aurora Loan Services LLC ("Aurora") removed the case to this Court on March 5, 2012 on the basis of federal question jurisdiction under 28 U.S.C. § 1331. Quality Loan Services Corp. has filed a declaration of non-monetary status as well as a consent to removal.

The Notice of Removal must be filed within 30 days of the receipt of the initial pleading setting forth the grounds for removal. 28 U.S.C. § 1446. Aurora has stated that it was served on February 2, 2012, but has not provided any proof of service. Even in the event that Aurora was served on February 2, 2012, the Notice of Removal was filed more than thirty days later.

In light of the above named procedural defects, the case is hereby remanded to state court.

**IT IS SO ORDERED.**

|   |   : |
|---|---|
| Initials of Preparer | slw |